# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 25-1387V**

ANGETTA MICHELLE PETIT,

Petitioner,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

Respondent.

Chief Special Master Corcoran

Filed: October 15, 2026

*Jeffrey S. Pop, Jeffrey S. Pop & Associates, Beverly Hills, CA, for Petitioner.*

*Ryan Pohlman Miller, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On August 20, 2025, Angetta Michelle Petit filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that that she suffered a shoulder injury related to vaccine administration ("SIRVA") caused by an influenza vaccine received on October 22, 2024. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters (the "SPU").

On April 16, 2026, Respondent filed his Rule 4(c) Report contesting Petitioner's entitlement to compensation on several grounds (ECF No. 14). On May 28, 2026, I issued findings of fact, ruling that Petitioner had preponderantly established the disputed issues (ECF No. 16). On September 11, 2026, Respondent filed an amended Rule 4(c) Report

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

(ECF No. 22). Respondent recognizes that my findings of fact (which he reserves the right to appeal) are law of the case, and states that he will not defend the case further in proceedings in the Office of Special Masters, and that given the findings of fact, Petitioner has satisfied the criteria set forth in the Vaccine Injury Table and the Qualifications and Aids to Interpretation for SIRVA. Amended Rule 4(c) Report at *3. Petitioner then filed additional medical records (ECF No. 23). On October 14, 2026, Respondent filed a status report confirming that he had reviewed the recently-filed records and his position had not changed (ECF No. 25).

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master